IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

| | | |
|---|---|---|
| In Re: | * | Chapter 13 |
| Miguel Angel Alvarado | * | |
| Rebecca Alvarado | * | |
| Debtors | * | |
| | * | |
| | * | |
| | * | |
| | * | BANKRUPTCY No. |

## DEBTOR'S CERTIFICATE FROM APPROVED BUDGET AND CREDIT COUNSELING AGENCY

Comes now, Miguel Angel Alvarado Rebecca Alvarado, Debtors in the above cause, and pursuant to 11 U.S.C. 521(b) files his certificate from approved budget and credit counseling agency that provided the Debtor services under 11 U.S.C. 109(h) and copy of the repayment plan, if any was prepared.

Respectfully Submitted,

TANZY & BORREGO
LAW OFFICES, P.L.L.C.
2610 Montana Avenue
El Paso, TX 79903-3712
(915) 566-4300

By: _____
Miguel Flores 24036574
Attorney for Tanzy & Borrego
Law Offices, P.L.L.C.

Certificate Number: 03088-TXW-CC-032218632



03088-TXW-CC-032218632

# CERTIFICATE OF COUNSELING

I CERTIFY that on January 28, 2019, at 5:37 o'clock PM CST, Miguel A Alvarado received from Debt Education and Certification Foundation, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Western District of Texas, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.

Date: January 28, 2019     By: /s/Brianna M Glynn

                           Name: Brianna M Glynn

                           Title: Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).